UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTOINETTE LEWIS-ABDULHAADI,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNION SECURITY INSURANCE CO., *et al.*,<br><br>                    Defendants. | Case No. 21-cv-03805-WB |

**PLAINTIFF'S UNOPPOSED MOTION**
**FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

Pursuant to Federal Rule of Civil Procedure 23(e), Plaintiff Antoinette Lewis hereby respectfully moves this Court for an order granting final approval to the Class Action Settlement. In support of this Motion, Plaintiff relies upon the accompanying Memorandum of Law with exhibits and all other matters of record. Defendants do not oppose this Motion.

Respectfully submitted,

R. Joseph Barton (admitted *pro hac vice*)
The Barton Firm LLP
1633 Connecticut Avenue NW, Suite 200
Washington, DC 20009
(202) 734-7046 (Tel)
jbarton@thebartonfirm.com

Adam Harrison Garner (Bar I.D. 320476)
Melanie J. Garner (Bar I.D. 315058)
The Garner Firm, Ltd.
1617 John F. Kennedy Blvd., Suite 550
Philadelphia, PA 19103
(215) 645-5955 (Tel)
(215) 645-5960 (Fax)
adam@garnerltd.com
melanie@garnerltd.com

1

Jonathan M. Feigenbaum, Esq.
(admitted *pro hac vice*)
B.B.O. No.546686
184 High Street, Suite 503
Boston, MA 02110
(617) 357-9700 (Tel)
(617) 227-2843 (Fax)
jonathan@erisaattorneys.com

*Attorneys for Plaintiff*

Dated: March 7, 2025

## CERTIFICATE OF SERVICE

      I hereby certify that on this 7th day of March 2025, a copy of the foregoing was electronically served on all counsel of record via the Court's CM/ECF system:

_____
Ming Siegel